

U.S. Department of Justice
Civil Rights Division

CERTIFIED MAIL
2015 2557

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

November 04, 2014

Ms. Michelle Carter
c/o Peter Kreymer, Esquire
Law Offices of Faust, Goetz, et al.
Two Rector Street
New York, NY 10006

Re: EEOC Charge Against New York City Fire Dept.
No. 520201401521

Dear Ms. Carter:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC New York District Office, New York, NY.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                                Sincerely,

                                                Vanita Gupta
                                                Acting Assistant Attorney General
                                                Civil Rights Division

                              by *[signature]*

                                                Karen L. Ferguson
                                                Supervisory Civil Rights Analyst
                                                Employment Litigation Section

cc: New York District Office, EEOC
     New York City Fire Dept.



U.S. Department of Justice
Civil Rights Division

CERTIFIED MAIL
2015 2618

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4239*
*Washington, DC 20530*

October 16, 2014

Ms. Ayesha Shaheed
c/o Peter Kreymer, Esquire
Law Offices of Faust, Goetz, et al.
Two Rector Street
New York, NY  10006

Re:  EEOC Charge Against New York City Fire Dept.
     No. 520201401522

Dear Ms. Shaheed:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

    The investigative file pertaining to your case is located in the EEOC New York District Office, New York, NY.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                              Sincerely,

                                        Molly J. Moran
                                        Acting Assistant Attorney General
                                        Civil Rights Division

by

                                        Karen L. Ferguson
                                        Supervisory Civil Rights Analyst
                                        Employment Litigation Section

cc: New York District Office, EEOC
    New York City Fire Dept.



U.S. Department of Justice

Civil Rights Division

CERTIFIED MAIL
2015 2595

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4239*
*Washington, DC 20530*

October 16, 2014

Mr. Percy Meertens
c/o Peter Kreymer, Esquire
Law Offices of Faust, Goetz, et al.
Two Rector Street
New York, NY  10006

Re:  EEOC Charge Against New York City Fire Dept.
     No. 520201401525

Dear Mr. Meertens:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC New York District Office, New York, NY.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                        Sincerely,

                                        Molly J. Moran
                                        Acting Assistant Attorney General
                                        Civil Rights Division

                                        by /s/ Karen J. Ferguson

                                        Karen L. Ferguson
                                        Supervisory Civil Rights Analyst
                                        Employment Litigation Section

cc: New York District Office, EEOC
    New York City Fire Dept.



U.S. Department of Justice
Civil Rights Division

CERTIFIED MAIL
2015 2588

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

October 16, 2014

Mr. Carlos Patterson
c/o Peter Kreymer, Esquire
Law Offices of Faust, Goetz, et al.
Two Rector Street
New York, NY 10006

Re: EEOC Charge Against New York City Fire Dept.
No. 520201401523

Dear Mr. Patterson:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC New York District Office, New York, NY.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Molly J. Moran
Acting Assistant Attorney General
Civil Rights Division

by *Karen J. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: New York District Office, EEOC
    New York City Fire Dept.



U.S. Department of Justice
Civil Rights Division

CERTIFIED MAIL
2015 2571

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

October 16, 2014

Mr. Terrell Hall
c/o Peter Kreymer, Esquire
Law Offices of Faust, Goetz, et al.
Two Rector Street
New York, NY 10006

Re: EEOC Charge Against New York City Fire Dept.
No. 520201401520

Dear Mr. Hall:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC New York District Office, New York, NY.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Molly J. Moran
Acting Assistant Attorney General
Civil Rights Division

by *[signature]*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: New York District Office, EEOC
    New York City Fire Dept.



U.S. Department of Justice
Civil Rights Division

CERTIFIED MAIL
2015 2564

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4239*
*Washington, DC 20530*

October 16, 2014

Mr. Joseph J. Ested
c/o Peter Kreymer, Esquire
Law Offices of Faust, Goetz, et al.
Two Rector Street
New York, NY  10006

Re: EEOC Charge Against New York City Fire Dept.
    No. 520201401524

Dear Mr. Ested:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

    The investigative file pertaining to your case is located in the EEOC New York District Office, New York, NY.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Molly J. Moran
Acting Assistant Attorney General
Civil Rights Division

by *[signature]*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: New York District Office, EEOC
    New York City Fire Dept.



U.S. Department of Justice
Civil Rights Division

CERTIFIED MAIL
2015 2601

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

October 16, 2014

Mr. Herman Martinez
c/o Peter Kreymer, Esquire
Law Offices of Faust, Goetz, et al.
Two Rector Street
New York, NY  10006

Re: EEOC Charge Against New York City Fire Dept.
    No. 520201401526

Dear Mr. Martinez:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC New York District Office, New York, NY.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Molly J. Moran
Acting Assistant Attorney General
Civil Rights Division

by /s/ Karen S. Ferguson

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

202-514-4609

cc: New York District Office, EEOC
    New York City Fire Dept.



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TTY (212) 336-3622
FAX (212) 336-3625
1-800-669-4000

Respondent: NEW YORK CITY FIRE DEPARTMENT
EEOC No: 520-2014-01524

Joseph J. Ested
14 Balfour Drive
Wappingers Falls, NY 12590

Dear Mr. Ested:

The Equal Employment Opportunity Commission has received your request for a Notice of Right to Sue in the above referenced charge.

Your request has been forwarded to the U.S. Department of Justice (DOJ) for action. That Agency will act on your request and issue the Notice directly to you.

If you have any questions, please call this office at (212) 336-3620.

On behalf of the Commission:

9/5/2014
Date

Kevin J. Berry
Director

cc:   Peter Kreymer
      FAUST GOETZ SCHENKER & BLEE, LLP
      Two Rector Street
      New York, NY 10006

      Elena Ferrera
      Senior Deputy Counsel
      NYFD – Bureau of Legal Affairs
      9 Metrotech Center
      Brooklyn, NY 11201-3857



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TTY (212) 336-3622
FAX (212) 336-3625
1-800-669-4000

Respondent: NEW YORK CITY FIRE DEPARTMENT
EEOC No: 520-2014-01523

Carlos Patterson
900 East 35th Street, Apt 2a
Brooklyn, NY 11210

Dear Mr. Patterson:

The Equal Employment Opportunity Commission has received your request for a Notice of Right to Sue in the above referenced charge.

Your request has been forwarded to the U.S. Department of Justice (DOJ) for action. That Agency will act on your request and issue the Notice directly to you.

If you have any questions, please call this office at (212) 336-3620.

On behalf of the Commission:

9/8/2014
Date

Kevin J. Berry
Director

cc:  Peter Kreymer
     FAUST GOETZ SCHENKER & BLEE, LLP
     Two Rector Street
     New York, NY 10006

     Elena Ferrera
     Senior Deputy Counsel
     NYFD – Bureau of Legal Affairs
     9 Metrotech Center
     Brooklyn, NY  11201-3857



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TTY (212) 336-3622
FAX (212) 336-3625
1-800-669-4000

Respondent: NEW YORK CITY FIRE DEPARTMENT
EEOC No: 520-2014-01522

Ayesha Shaheed
30 Avenue V, Apt 9-G
Brooklyn, NY 11223

Dear Ms. Shaheed:

The Equal Employment Opportunity Commission has received your request for a Notice of Right to Sue in the above referenced charge.

Your request has been forwarded to the U.S. Department of Justice (DOJ) for action. That Agency will act on your request and issue the Notice directly to you.

If you have any questions, please call this office at (212) 336-3620.

On behalf of the Commission:

9/8/2014
Date

Kevin J. Berry
Director

cc: Peter Kreymer
FAUST GOETZ SCHENKER & BLEE, LLP
Two Rector Street
New York, NY 10006

Elena Ferrera
Senior Deputy Counsel
NYFD – Bureau of Legal Affairs
9 Metrotech Center
Brooklyn, NY 11201-3857



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TTY (212) 336-3622
FAX (212) 336-3625
1-800-669-4000

Respondent: NEW YORK CITY FIRE DEPARTMENT
EEOC No: 520-2014-01526

Herman Martinez
1368 East 49th Street
Brooklyn, NY 11234

Dear Mr. Martinez:

The Equal Employment Opportunity Commission has received your request for a Notice of Right to Sue in the above referenced charge.

Your request has been forwarded to the U.S. Department of Justice (DOJ) for action. That Agency will act on your request and issue the Notice directly to you.

If you have any questions, please call this office at (212) 336-3620.

On behalf of the Commission:

9/8/2014
Date

Kevin J. Berry
Director

cc:  Peter Kreymer
     FAUST GOETZ SCHENKER & BLEE, LLP
     Two Rector Street
     New York, NY 10006

     Elana Ferrera
     Senior Deputy Counsel
     NYFD – Bureau of Legal Affairs
     9 Metrotech Center
     Brooklyn, NY  11201-3857



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TTY (212) 336-3622
FAX (212) 336-3625
1-800-669-4000

Respondent: NEW YORK CITY FIRE DEPARTMENT
EEOC No: 520-2014-01525

Percy Meertens
3 Kirschman Drive
Matawan, NJ 07747

Dear Mr. Meertens:

The Equal Employment Opportunity Commission has received your request for a Notice of Right to Sue in the above referenced charge.

Your request has been forwarded to the U.S. Department of Justice (DOJ) for action. That Agency will act on your request and issue the Notice directly to you.

If you have any questions, please call this office at (212) 336-3620.

On behalf of the Commission:

9/08/2014
Date

Kevin J. Berry
Director

cc:   Peter Kreymer
      FAUST GOETZ SCHENKER & BLEE, LLP
      Two Rector Street
      New York, NY 10006

      Elena Ferrera
      Senior Deputy Counsel
      NYFD – Bureau of Legal Affairs
      9 Metrotech Center
      Brooklyn, NY 11201-3857



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TTY (212) 336-3622
FAX (212) 336-3625
1-800-669-4000

Respondent: NEW YORK CITY FIRE DEPARTMENT
EEOC No:

Michelle Carter
1366 East 3rd Street, Apt B5
Brooklyn, NY 11230

Dear Ms. Carter:

The Equal Employment Opportunity Commission has received your request for a Notice of Right to Sue in the above referenced charge.

Your request has been forwarded to the U.S. Department of Justice (DOJ) for action. That Agency will act on your request and issue the Notice directly to you.

If you have any questions, please call this office at (212) 336-3620.

On behalf of the Commission:

9/8/2014
Date

Kevin J. Berry
Director

cc: Peter Kreymer
FAUST GOETZ SCHENKER & BLEE, LLP
Two Rector Street
New York, NY 10006

Elena Ferrera
Senior Deputy Counsel
NYFD – Bureau of Legal Affairs
9 Metrotech Center
Brooklyn, NY 11201-3857



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TTY (212) 336-3622
FAX (212) 336-3625
1-800-669-4000

Respondent: NEW YORK CITY FIRE DEPARTMENT
EEOC No: 520-2014-01520

Terrell Hall
113-08 Francis Lewis Blvd
Queens Village, NY 11429

Dear Mr. Hall:

The Equal Employment Opportunity Commission has received your request for a Notice of Right to Sue in the above referenced charge.

Your request has been forwarded to the U.S. Department of Justice (DOJ) for action. That Agency will act on your request and issue the Notice directly to you.

If you have any questions, please call this office at (212) 336-3620.

On behalf of the Commission:

9/8/2014
Date

Kevin J. Berry
Director

cc:   Peter Kreymer
      FAUST GOETZ SCHENKER & BLEE, LLP
      Two Rector Street
      New York, NY 10006

      Elena Ferrera
      Senior Deputy Counsel
      NYFD – Bureau of Legal Affairs
      9 Metrotech Center
      Brooklyn, NY  11201-3857